**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000033**
**14-JUN-2013**
**12:42 PM**

CAAP-13-0000033

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FEDERAL LAND BANK ASSOCIATION OF HAWAI'I, FLCA,
Plaintiff-Appellee,
v.
Morton E. BASSAN, JR., also known as MORTON BASSAN, JR.
and as MORTON BASSAN, and KEIKO BASSAN, Defendants-Appellants,
and
CITRUS MANAGEMENT SERVICES, INC., ORCHARD SERVICES, INC.,
BANK OF HAWAI'I, STATE OF HAWAI'I, acting by and through its
Department of Agriculture, HAWAII ELECTRIC LIGHT COMPANY, INC.,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 05-1-0193)

ORDER DENYING MOTION REQUESTING
RECONSIDERATION DISMISSING APPEAL PER RULE 40
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of the motion filed on June 7, 2013, by Defendants-Appellants Morton E. Bassan, Jr., and Keiko Bassan requesting reconsideration of this court's "Order Granting Plaintiff-Appellee's Motion to Dismiss" and the record and files in this case,

IT IS HEREBY ORDERED that Defendants-Appellants' June 7, 2013, motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, June 14, 2013.

Chief Judge

Associate Judge

Associate Judge